UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2007 DEC 19 AM 9: 25

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Magistrate Case No. **07 MJ 2933** |
| Plaintiff, ) | |
| ) | COMPLAINT FOR VIOLATION OF |
| v. ) | |
| ) | Title 8, U.S.C., Section 1324(a)(2)(B)(iii) |
| **Francisco J. CAMPOS-Ramos** ) | Bringing in Illegal Alien(s) |
| ) | Without Presentation |
| Defendant, ) | |

The undersigned complainant being duly sworn states:

On or about **December 18, 2007**, within the Southern District of California, defendant **Francisco J. CAMPOS-Ramos** with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, **Norma BELTRAN-Romo,** had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien, and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

Signature of Complainant
Sara Esparagoza, U.S. Customs and
Border Protection Enforcement Officer

Sworn to before me and subscribed in my presence, this **19th** day of **December, 2007.**

United States Magistrate Judge

## PROBABLE CAUSE STATEMENT

The complainant states that **Norma BELTRAN-Romo** is a citizen of a country other than the United States; that said alien has admitted she is deportable; that her testimony is material; that it is impracticable to secure her attendance at trial by subpoena; and that she is a material witness in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On December 18, 2007 at approximately 6:15 AM **Francisco J. CAMPOS-Ramos (Defendant)** made application for admission into the United States at the San Ysidro Port of Entry as the driver and sole visible occupant of a gold 2001 GMC Safari. A U.S. Customs and Border Protection (CBP) Officer received a negative declaration from the Defendant who presented his legally issued Permanent Resident Card as his entry document. Defendant stated he owned the vehicle and was on his way to Inglewood, California. During a cursory inspection of the vehicle, the CBP officer noticed the rear bench seat felt uncommonly hard. Defendant and the vehicle were escorted to vehicle secondary for a more thorough inspection.

During secondary inspection, CBP Officers removed a speaker box, a hardwood panel and the rear bench seat to discover a human being concealed inside a non-factory compartment. The individual was extricated from compartment and determined to be a citizen of Mexico without entitlements to enter the United States. The individual was retained as a Material Witness and is now identified as **Norma BELTRAN-Romo.**

During a video recorded interview, Defendant was advised of his Miranda Rights, acknowledged his rights and elected to answer questions without the benefit of counsel. Defendant admitted knowledge of the concealed alien. Defendant admitted would be paid $1,000.00 USD had he been successful in the smuggling attempt.

During a separate recorded interview, Material Witness declared she is a citizen of Mexico without legal rights or documents to enter the United States. Material Witness stated her sister in Azusa, California was going to pay $3,500.00 USD for her to be smuggled into the United States. Material Witness said she was going to Azusa, California to seek employment and reside with her sister.

_____
Signature of Complainant
Sara Esparagoza, U.S. Customs and
Border Protection Enforcement Officer

_____
United States Magistrate Judge