
1 **CANDIS MITCHELL**
California State Bar No. 242797
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467
4 Candis_Mitchell@fd.org

5 Attorneys for Mr. Campos-Ramos

6

7

8                    UNITED STATES DISTRICT COURT

9               FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10                **(HONORABLE WILLIAM MCCURINE, JR.)**

11 UNITED STATES OF AMERICA,         )   Case No. 07MJ2933-WMC
                                      )
12         Plaintiff,                 )
                                      )
13 v.                                 )
                                      )   **NOTICE OF APPEARANCE**
14 **FRANCISCO CAMPOS-RAMOS**,       )
                                      )
15         Defendant.                 )
                                      )
16

17         Pursuant to implementation of the CM/EMF procedures in the Southern District of California,

18 Candis L. Mitchell, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney

19 in the above-captioned case.

20                                         Respectfully submitted,

21

22 Dated: December 21, 2007              /s/ *Candis Mitchell*
                                          **CANDIS L. MITCHELL**
23                                        Federal Defenders of San Diego, Inc.
                                          Attorneys for Mr. Campos-Ramos
24                                        Candis_Mitchell@fd.org

25

26

27

28

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated:  December 21, 2007         /s/  *Candis Mitchell*
**CANDIS L. MITCHELL**
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA  92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
Candis_Mitchell@fd.org