# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff <br> vs. <br> Francisco J. Campos-Ramos <br> Defendant(s) | 08CR0044-JM <br> CRIMINAL NO. 07mj2933 <br> ORDER <br> RELEASING MATERIAL WITNESS <br> Booking No. 06755298 |

On order of the United States District/Magistrate Judge, **William McCurine, Jr.**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / **Case Disposed** / Order of Court).

**Norma Beltran-Romo**

DATED: 1-8-08

**William McCurine, Jr.**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR., Clerk
by _____
Deputy Clerk