PS 8
(8/88)

# United States District Court
## for
### SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 FEB -7 AM 10: 05
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

U. S. A. vs. CAMPOS-RAMOS, FRANCISCO JAVIER     Docket No. 08CR0044-JM-001
Register Number: 06755-298

## Petition for Action on Conditions of Pretrial Release

Comes now Otilia León Pretrial Services Officer Assistant presenting an official report upon the conduct of defendant CAMPOS-RAMOS, FRANCISCO JAVIER who was placed under pretrial release supervision by the Honorable William McCurine, Jr. sitting in the court at San Diego, on the 17th day of January, 2008, under the following conditions:

Travel restricted to Southern and Central Districts of California, do not enter Mexico, report for supervision to Pretrial Services Agency (PSA) as directed by the assigned Pretrial Services Officer and pay for the reasonable costs of supervision in an amount determined by PSA and approved by the Court, not possess or use any narcotic drug or other controlled substance as defined in 21 U.S.C. § 802, without a lawful medical prescription; not possess any firearm or other dangerous weapon or explosive device; read, or have explained, and acknowledge understanding of the Advice of Penalties and Sanctions Forms; Be able to legally remain in the United States during pendency of the proceeding; and actively seek and maintain full-time employment, schooling, or combination both.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

**Condition Violated:** Report for supervision to Pretrial Services Agency (PSA) as directed by the assigned Pretrial Services Officer.

1. The defendant was released from custody on January 18, 2008, and has failed to report to Pretrial Services. His current whereabouts are unknown.

**Grounds for Violation:** On January 18, 2008, the defendant was released from custody on bond. According to the defendant's surety, the defendant did not return to his expected residence and has no information as to where the defendant is located. The defendant has not contacted Pretrial Services and his whereabouts are unknown.

**PRAYING THAT THE COURT WILL ISSUE A NO-BAIL BENCH WARRANT TO BRING THE DEFENDANT BEFORE THE COURT TO SHOW CAUSE WHY HIS BOND SHOULD NOT BE REVOKED.**

ORDER OF COURT

Considered and ordered this 1st day of Feb, 2008
and ordered filed and made a part of the records in the above case.

Jeffrey T. Miller
U. S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 1/30/08

Respectfully,
Otilia Leon, U.S. Pretrial Services Officer Assistant

Place   San Diego, California

Date    January 30, 2008